| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Bear Creek Partners II, L.L.C. |
| United States Bankruptcy Court for the: | Western District of Michigan |
| Case number (If known): | 2016-02553(JTG) |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                        12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Bear Creek Township<br>373 Division Rd.<br>Petoskey, MI 49770 | 231-347-0592 | UTILITIES | | | | 14,652.80 |
| 2 | Sherwin Williams Company District credit Office<br>40500 Ann Arbor Rd. 103LL<br>Plymouth, MI 48170 | Muller Muller Richmond Harms & Myers<br>Richard Muller<br>33233 Woodward Ave.<br>Birmingham, MI 48009 | ACCOUNTS PAYABLE | | | | 11,815.65 |
| 3 | Dan Zehr Painting, Inc.<br>PO Box 186<br>Petoskey, MI 49770 | Professional Collection Serv.<br><br>224 Michigan Street PO Box 701<br>Petoskey, MI 49770 | ACCOUNTS PAYABLE | Disputed | | | 10,000.00 |
| 4 | City of Petoskey<br>101 East Lake Street<br>Petoskey, MI 49770 | 231-347-2500 | UTILITIES | | | | 9,483.72 |
| 5 | Great Lakes Energy<br>1323 Boyne Ave.<br>Boyne City, MI 49712 | 888-485-2537 | UTILITIES | | | | 3,239.01 |
| 6 | DTE Energy<br>PO Box 740786<br>Cincinnati, OH 45274 | 855-383-4249 | UTILITIES | | | | 1,060.42 |
| 7 | Amercian Waste, Inc.<br>PO Box 1030<br>Kalkaska, MI 49646 | 231-487-9528 | UTILITIES | | | | 792.00 |
| 8 | AT &T<br>PO Box 5080<br>Carol Stream, IL 60197 | 800-321-2000 | UTILITIES | | | | 362.91 |

| Fill in this information to identify the case and this filing: |
|---|
| Debtor Name   Bear Creek Partners II, L.L.C. |
| United States Bankruptcy Court for the:  Western District of Michigan |
| Case number (If known):  2016-02553(JTG) |

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   5/12/2016
              MM / DD / YYYY

X  /s/ Scott A. Chappelle
Signature of individual signing on behalf of debtor

/s/ Scott A. Chappelle
Printed name

President
Position or relationship to debtor

Declaration Under Penalty of Perjury for Non-Individual Debtors

Generated by CaseFilePRO