Fill in this information to identify the case:

Debtor name: Bear Creek Partners II, L.L.C.

United States Bankruptcy Court for the: Western District of Michigan

Case number (If known): 2016-02553(JTG)

☐ Check if this is an amended filing

# Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals       12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................................................................................... $ 24,800,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* .................................................................................................................. $ 3,375,282.11

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................................................................................... $ 28,175,282.11

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* .............................. $ 20,500,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* .................................................................... $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .......................................... + $ 71,786.47

4. **Total liabilities** ............................................................................................................................................ $ 20,571,786.47
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name  Bear Creek Partners II, L.L.C.

United States Bankruptcy Court for the: Western District of Michigan

Case number (If known):  2016-02553(JTG)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor — Current value of debtor's interest

2. Cash on hand — $0.00

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. Heartland Bank | Checking | 0061 | $0.00 |
   | 3.2. Chase Bank | Checking | 3551 | $0.00 |

4. Other cash equivalents *(Identify all)*

   4.1. Suspense Account — $3,311,421.00
   4.2. _____ — $_____

5. **Total of Part 1** — $3,311,421.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

   Current value of debtor's interest

7. Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit
   7.1. See Attached — $42,282.00
   7.2. _____ — $_____

Debtor   Bear Creek Partners II, L.L.C._____   Case number (if known) 2016-02553(JTG)_____
        Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment
   8.1. _____   $_____
   8.2. _____   $_____

9. **Total of Part 2.**   $ 42,282.00
   Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**
    ☐ No. Go to Part 4.
    ☒ Yes. Fill in the information below.

                                                                              Current value of debtor's
                                                                              interest

11. **Accounts receivable**

    11a. 90 days old or less:   __13,347.47__  −  _____  = ........→   $__13,347.47__
                                 face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:      _____ − _____  = ........→   $_____
                                 face amount        doubtful or uncollectible accounts

12. **Total of Part 3**   $ 13,347.47
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**
    ☒ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                                          Valuation method          Current value of debtor's
                                                          used for current value    interest

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:
    14.1. _____   _____   $_____
    14.2. _____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                          % of ownership:
    15.1. _____   _____%   _____   $_____
    15.2. _____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:
    16.1. _____   _____   $_____
    16.2. _____   _____   $_____

17. **Total of Part 4**   $_____
    Add lines 14 through 16. Copy the total to line 83.

Debtor   Bear Creek Partners II, L.L.C.
_____
Name

Case number (If known) 2016-02553(JTG)

## Part 5: Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?
    - ☒ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**
    _____    ___MM / DD / YYYY___    $_____    _____    $_____

20. **Work in progress**
    _____    ___MM / DD / YYYY___    $_____    _____    $_____

21. **Finished goods, including goods held for resale**
    _____    ___MM / DD / YYYY___    $_____    _____    $_____

22. **Other inventory or supplies**
    _____    ___MM / DD / YYYY___    $_____    _____    $_____

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.
    $_____

24. Is any of the property listed in Part 5 perishable?
    - ☐ No
    - ☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
    - ☐ No
    - ☐ Yes. Book value _____  Valuation method _____  Current value _____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
    - ☐ No
    - ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?
    - ☒ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops—either planted or harvested**
    _____    $_____    _____    $_____

29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish
    _____    $_____    _____    $_____

30. **Farm machinery and equipment** (Other than titled motor vehicles)
    _____    $_____    _____    $_____

31. **Farm and fishing supplies, chemicals, and feed**
    _____    $_____    _____    $_____

32. **Other farming and fishing-related property not already listed in Part 6**
    _____    $_____    _____    $_____

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    $ _____

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture | $ _____ | _____ | $ _____ |
| 40. Office fixtures | $ _____ | _____ | $ _____ |
| 41. Office equipment, including all computer equipment and communication systems equipment and software equipment | $ 8,231.64 | Subjective | $ 8,231.64 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    $ 8,231.64

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
- ☒ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| _____ | $_____ | _____ | $_____ |
|---|---|---|---|

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.                                    $_____

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
- ☐ No
- ☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

## Part 9: Real property

**54. Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Land and improvements at 1600 Bear Creek Lane, Petoskey, MI; 24-01-19-18-100-053 | Fee Simple | $ 18,411,614.00 | Appraisal | $ 24,800,000.00 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.3 and entries from any additional sheets. Copy the total to line 88.

$ 24,800,000.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☒ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☒ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**
☒ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites** | $ | | $ |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property** | $ | | $ |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$

| Debtor | Bear Creek Partners II, L.L.C. | Case number (if known) | 2016-02553(JTG) |
|---|---|---|---|
| | Name | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   - ☒ No
   - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   - ☒ No
   - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   - ☐ No. Go to Part 12.
   - ☒ Yes. Fill in the information below.

   **Current value of debtor's interest**

71. **Notes receivable**
   Description (include name of obligor)
   _____
   Total face amount − doubtful or uncollectible amount = → $_____

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)
   _____    Tax year _____   $_____
   _____    Tax year _____   $_____
   _____    Tax year _____   $_____

73. **Interests in insurance policies or annuities**
   _____                                 $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   _____                                 $_____
   Nature of claim     _____
   Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
   Bear Creek Partners II, LLC v Deutsche Bank Trust Company, et al.           $_____
   Nature of claim     Various - undetermined amount
   Amount requested    $_____

76. **Trusts, equitable or future interests in property**
   _____                                 $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
   _____                                 $_____
   _____                                 $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.                          $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ☒ No
   - ☐ Yes

### Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $ 3,311,421.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $ 42,282.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $ 13,347.47 | |
| 83. **Investments.** Copy line 17, Part 4. | $ | |
| 84. **Inventory.** Copy line 23, Part 5. | $ | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $ 8,231.64 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $ | |
| 88. **Real property.** Copy line 56, Part 9. ............ → | | $ 24,800,000.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $ | |
| 90. **All other assets.** Copy line 78, Part 11. | + $ | |
| 91. **Total.** Add lines 80 through 90 for each column. ..... 91a. | $ 3,375,282.11 | + 91b. $ 24,800,000.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............ $ 28,175,282.11

6/3/2016 1:00 PM

## Security Deposit

BEAR CREEK PARTNERS II, LLC (bcp2)

As Of = 06/03/2016

Month Year = 06/2016

| Name | Resident Deposit |
|---|---|
| **Current/Notice Residents** | |
| JAMES (JIMMY) HARAN | 300.00 |
| MARK GARDNER | 99.00 |
| NICOLAS HOEBEKE | 99.00 |
| ALBERT VIZARRO | 99.00 |
| CHRISSY FUSON | 300.00 |
| JAMES VERNOR | 150.00 |
| DANIEL LEWITT | 99.00 |
| ZD METAL PRODUCTS INC FREDDIE BURGESS | 99.00 |
| TAMELA OKULY | 150.00 |
| DEBRA SLATER | 300.00 |
| JAKE ROSSOW | 150.00 |
| JANICE GREEN | 500.00 |
| JAMES HERMANN | 99.00 |
| CHRIS POTOSKI | 150.00 |
| RICHARD LEACH | 150.00 |
| THOMAS SHINGLER | 99.00 |
| BENJAMIN LAFORD | 99.00 |
| PINELOPI THANOU | 99.00 |
| EDMUNDO GALLEGOS | 500.00 |
| PATRICIA CASE | 99.00 |
| DANIEL MORENO | 99.00 |
| KRISTEN WALKER | 150.00 |
| ANDREW LOUCKS | 300.00 |
| RICHARD NEALE | 300.00 |
| VALERIE WATERSON | 99.00 |
| ZACHARY FORSTER | 99.00 |
| TRACY MUELLER | 300.00 |
| VACANT | 0.00 |

Page 1 of 8

6/3/2016 1:00 PM

## Security Deposit

BEAR CREEK PARTNERS II, LLC (bcp2)

As Of = 06/03/2016

Month Year = 06/2016

| Name | Resident Deposit |
|---|---|
| RACHEAL ZLOTOW | 300.00 |
| NGHIA VAN TRAN | 99.00 |
| PSAIRA HARRELL | 99.00 |
| CODY ALLERDING | 99.00 |
| RAFAL BEBENEK | 300.00 |
| ANNE MARCEAU | 99.00 |
| JEFFREY SMITH | 400.00 |
| DAVID ALLEN | 300.00 |
| CLYDE SZATKOWSKI | 300.00 |
| PAULA TINSLEY | 99.00 |
| ABRAHAM GROGAN | 300.00 |
| BRUCE FREEMAN | 99.00 |
| RICHARD NEUMANN | 99.00 |
| LISA SCHROEDER | 99.00 |
| GARRET HUNT | 99.00 |
| MARY PAWNESHING | 300.00 |
| CHARLES STOCKTON | 150.00 |
| SCOTT SNEDDON | 300.00 |
| MARK HITCHCOCK | 150.00 |
| PEGGY HELLEM | 300.00 |
| CONNIE WINKLER | 99.00 |
| LOREEN KONDRAT | 500.00 |
| VACANT | 0.00 |
| JASON FORWARD | 300.00 |
| CONSTANCE SPRAGUE | 99.00 |
| SARAH GRIFFIN | 300.00 |
| SARAH WILLEY | 150.00 |
| DUDLEY STALEY | 300.00 |
| DIXIE DARLING | 99.00 |
| KATHY HEINIG | 99.00 |
| EDWARD FLORENSKI | 300.00 |
| JANET HELMER | 300.00 |

Page 2 of 8

Schedule G Question: 7 -

3456443.v1

Generated by CaseFilePRO

Page 11 of 317

6/3/2016 1:00 PM

# Security Deposit

BEAR CREEK PARTNERS II, LLC (bcp2)

As Of = 06/03/2016

Month Year = 06/2016

| Name | Resident Deposit |
|---|---|
| STEVEN WELSH | 300.00 |
| ROSEY HARRIS | 300.00 |
| PAMELA PLANCK | 495.00 |
| GARY THORNTON | 99.00 |
| GINA BERIAULT | 300.00 |
| JUDI FRITZ | 150.00 |
| VACANT | 0.00 |
| VACANT | 0.00 |
| LAURIE RISHELL | 300.00 |
| DAVID MARTIN | 99.00 |
| JESI WALLACE | 99.00 |
| MATTHEW BYREM | 300.00 |
| GENEVA PAPPAS | 150.00 |
| TIM HERRINGTON | 300.00 |
| JON HEITZMAN | 300.00 |
| CHRISTOPHER NYE | 300.00 |
| CHRISTOPHER BRANDON | 1,015.00 |
| LY NGUYEN | 150.00 |
| VACANT | 0.00 |
| DAVID BUREN | 99.00 |
| CHRISTINE FOUNTAIN | 300.00 |
| JILL PERIARD | 99.00 |
| SARA SMITH | 99.00 |
| WILLIAM SANDERSON | 300.00 |
| ADAM FIERSTIEN | 300.00 |
| SUSAN HELMRICH | 300.00 |
| CHRISTOPHER ADKINS | 300.00 |
| NEIL SCHNEIDER | 99.00 |
| BRENT GALLERT | 150.00 |
| KAILEE HOWARD | 99.00 |
| KIMBERLY ZIEMKOWSKI | 99.00 |
| KEENAN SUGG | 300.00 |

Page 3 of 8

schedules Question: 7 -

3456443.v1

6/3/2016 1:00 PM

## Security Deposit

BEAR CREEK PARTNERS II, LLC (bcp2)

As Of = 06/03/2016

Month Year = 06/2016

| Name | Resident Deposit |
|---|---|
| SETH JONES | 99.00 |
| ANDREW SMITH | 99.00 |
| COURTNEY BURDETTE | 150.00 |
| BRIAN DELANEY | 150.00 |
| ROSEMARIE GOODMAN | 99.00 |
| MARGUERITE CUSHAWAY | 99.00 |
| JASSMINE GASSI | 150.00 |
| CORY GARMS | 99.00 |
| MEGHAN GREBE | 300.00 |
| VACANT | 0.00 |
| TAYLOR CRAWFORD | 300.00 |
| KATELYN MORSE | 99.00 |
| CYNTHIA FOWLER | 300.00 |
| NICOLE GOULET | 300.00 |
| JASMINE TURNER | 150.00 |
| VICKI SWANTEK | 99.00 |
| CATHERINE BAIR | 150.00 |
| RICK DAYMON | 99.00 |
| TAMARA DAUTEL | 99.00 |
| CHRISTOPHER COUCKE | 99.00 |
| KARLA LAFOREST | 99.00 |
| LEE IRWIN | 0.00 |
| COLIN KENDREGAN | 99.00 |
| INDIGO SERVICES BRADLEY ESHBAUGH, | 150.00 |
| ELIZABETH DENISON | 99.00 |
| DAVID SMITH | 150.00 |
| VICKIE THOMPSON | 99.00 |
| JOHN GOFF | 99.00 |
| NAHN TRAN | 99.00 |
| JOHN CHESTNUT | 300.00 |
| MOLLY MATELSKI | 300.00 |
| NICHOLAS ANDERSON | 99.00 |

6/3/2016 1:00 PM

## Security Deposit

BEAR CREEK PARTNERS II, LLC (bcp2)

As Of = 06/03/2016

Month Year = 06/2016

| Name | Resident Deposit |
|---|---|
| JASMINE SCULLY | 150.00 |
| NEL GO | 150.00 |
| CAITLIN JAHN | 99.00 |
| MATTHEW HARMON | 300.00 |
| SCOTT FALL | 300.00 |
| DUSTIN ARP | 150.00 |
| DIANNE DORMAN | 300.00 |
| LACY LINGG | 99.00 |
| JAMES GOELDEL | 300.00 |
| ROBERT STEVENSON | 99.00 |
| HEATHER CHAHIN | 300.00 |
| MARY JEAN MIGDA | 300.00 |
| KATHERINE GILBERT | 99.00 |
| ILLENE ZAGORIA | 300.00 |
| TYLER GRIFFITHS | 150.00 |
| VACANT | 0.00 |
| JERRY JONES | 300.00 |
| JOEL LOPEZ | 150.00 |
| CHARLES THOMAS | 300.00 |
| KELLY JOHNSON | 99.00 |
| JORDAN WILKERSON | 0.00 |
| ROBERT MERRILL | 99.00 |
| MICHAEL LYNCH | 300.00 |
| CORY HOLBROOK | 99.00 |
| STEPHANIE PHILLIPS | 300.00 |
| SARA GAYTAN | 300.00 |
| JASON BARKLEY | 300.00 |
| LOUISA NORTHUP | 300.00 |
| THOMAS CAPALDI | 300.00 |
| AURO HOMES | 300.00 |
| JENNIFER FETTIS | 99.00 |
| TRAVIS ENGLE | 150.00 |

3456443.v1

6/3/2016 1:00 PM

## Security Deposit

BEAR CREEK PARTNERS II, LLC (bcp2)

As Of = 06/03/2016

Month Year = 06/2016

| Name | Resident Deposit |
|---|---|
| DONNA REED-APPOLD | 99.00 |
| SUSAN STRAUSS | 99.00 |
| RUTH GREGG | 300.00 |
| RENE EWING (STAFF APT) | 0.00 |
| GRETCHEN GREGORY | 300.00 |
| WILLIAM HONSON | 150.00 |
| CHRISTINE MURPHY | 300.00 |
| MIKE COLE SR | 99.00 |
| STEPHEN WEAVER | 150.00 |
| AUSTIN DEPOTTEY | 150.00 |
| SPENCER WERDEN | 0.00 |
| SHANNON CHAMBLEE | 300.00 |
| WESLEY ANDREWS | 150.00 |
| JESSE WILLIAMS | 99.00 |
| JACKIE YOO | 300.00 |
| YVONNE KESHICK | 150.00 |
| PATRICIA RUBIN | 99.00 |
| DANIEL GREEN | 99.00 |
| COLETTE SPEARS | 99.00 |
| VANESSA BERNAL | 150.00 |
| SETH BOLTHOUSE | 150.00 |
| PATRICE RENER | 300.00 |
| TAM TRAN | 99.00 |
| NICHOLAS LIPPARD | 99.00 |
| BRADY BECKER | 150.00 |
| ERIC RAE | 300.00 |
| SHANNON DREYER | 99.00 |
| RACHEL COOK | 99.00 |
| BARBARA DAVIDGE | 300.00 |
| DEVIN HAAS | 300.00 |
| JASON ZIELINSKI | 99.00 |
| JAY WHEATLEY | 150.00 |

Page 6 of 8

Schedule A.1.b Cassett.n: 7 -

3456443.v1

6/3/2016 1:00 PM

# Security Deposit

BEAR CREEK PARTNERS II, LLC (bcp2)

As Of = 06/03/2016

Month Year = 06/2016

| Name | Resident Deposit |
|---|---|
| ERIN JAHN | 99.00 |
| RITA SHANANAQUET | 300.00 |
| VACANT | 0.00 |
| KATI KOMOROSKY | 150.00 |
| RETA SWANSON | 300.00 |
| NICHOLAS HOLTON | 300.00 |
| JOAN HEYNE | 300.00 |
| COLIN TAYLOR | 300.00 |
| MAUREEN HOLLOCKER | 300.00 |
| MATTHEW BUSH | 99.00 |
| VACANT | 0.00 |
| STEPHANIE FRITSCH | 99.00 |
| CHRIS PEARSON | 150.00 |
| CATHERINE HORNING | 300.00 |
| MICHELLE NICHOLS | 99.00 |
| VACANT | 0.00 |
| LEAH HOFFMAN | 300.00 |
| CODY BARNES | 99.00 |
| DONALD ARMAN | 300.00 |
| DORA GRACZYK | 99.00 |
| ALEXANDER HALMAGY | 150.00 |
| LINDA BALLIET | 150.00 |
| JONATHAN JOHNSON | 300.00 |
| MARLA CLARK | 99.00 |
| ELIZABETH PAWLOWSKI | 150.00 |
| GARY STEWART | 300.00 |
| EDWARD BIENIEK | 150.00 |
| COLETTE PAGET | 150.00 |
| DAVID JACQUES | 300.00 |
| ASHLEY PALMER | 300.00 |
| MARGARET HALBROOK | 300.00 |
| KASEY WEAVER | 300.00 |

Page 7 of 8

3456443.v1

Schedule G Question 7 -

Generated by CaseFilePRO

Page 16 of 317

6/3/2016 1:00 PM

## Security Deposit

BEAR CREEK PARTNERS II, LLC (bcp2)

As Of = 06/03/2016

Month Year = 06/2016

| Name | Resident Deposit |
|---|---|
| ELIZABETH SENECAL | 150.00 |
| STEVEN HARDESTY | 300.00 |
| **TOTAL DEPOSIT** | **44,882.00** |

**Future Residents/Applicants**

| Name | Resident Deposit |
|---|---|
| | 0.00 |
| MICHAEL GROSS | 0.00 |
| MICHAEL DANES | 300.00 |
| AARON NOLAN | 300.00 |
| HEATHER ROULEAU | 300.00 |
| | 0.00 |
| KRISTIN HOLDEN | 300.00 |
| MITCHEL SPILLIAN | 300.00 |
| SARAH ABBOTT | 300.00 |
| AMBER TOWNSEND | 300.00 |
| | 0.00 |
| | 0.00 |
| CHARLES STOCKTON | 0.00 |
| JONATHAN JOHNSON | 300.00 |
| PAMELA HALL | 0.00 |
| **TOTAL FUTURE** | **2,400.00** |
| **BEAR CREEK PARTNERS II, LLC(bcp2)** | **47,282.00** |

| Summary Groups | Security Deposit | Unit Occupancy | SqFt Occupied |
|---|---|---|---|
| Current/Notice Residents | 44,882.00 | | |
| Future Residents/Applicants | 2,400.00 | | |
| Occupied Units | | 95.42% | 95.39% |
| Vacant Units | | 4.58% | 4.61% |
| **Totals:** | **47,282.00** | **100%** | **100%** |

3456443.v1

Page 8 of 8