**Fill in this information to identify the case:**

Debtor name  Bear Creek Partners II, L.L.C.

United States Bankruptcy Court for the:  Western District of Michigan

Case number (If known):  2016-02553(JTG)

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
DOF IV REIT Holdings, LLC

Creditor's mailing address
c/o Miller Canfield
1200 Campau Square
99 Monroe Ave. NW
Grand Rapids, MI 49503

Creditor's email address, if known

Date debt was incurred
Last 4 digits of account number  __ __ __ __

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien
Mortgage

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

$ 20,500,000.00     $ 36,700,000.00

**2.2** Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
Last 4 digits of account number  __ __ __ __

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines ____

Describe debtor's property that is subject to a lien

Describe the lien

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____     $_____

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $ 20,500,000.00

**Fill in this information to identify the case:**

Debtor: Bear Creek Partners II, L.L.C.

United States Bankruptcy Court for the: Western District of Michigan

Case number (If known): 2016-02553(JTG)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim  $_____
Priority amount  $_____

**2.2** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim  $_____
Priority amount  $_____

**2.3** Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred
_____

Last 4 digits of account number _____

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☐ No
☐ Yes

Total claim  $_____
Priority amount  $_____

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address
American Waste, Inc.
PO Box 1030
Kalkaska, MI 49646

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: UTILITIES

$ 792.00

Date or dates debt was incurred: Feb. 2016
Last 4 digits of account number: _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address
AT &T
PO Box 5080
Carol Stream, IL 60197

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: UTILITIES

$ 362.91

Date or dates debt was incurred: 4/25 - 5/24/16
Last 4 digits of account number: _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address
Bear Creek Township
373 Division Rd.
Petoskey, MI 49770

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: UTILITIES

$ 14,652.80

Date or dates debt was incurred: Jan. - March 2016
Last 4 digits of account number: _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address
City of Petoskey
101 East Lake Street
Petoskey, MI 49770

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: UTILITIES

$ 9,483.72

Date or dates debt was incurred: 1/16 - 3/16
Last 4 digits of account number: _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address
Dan Zehr Painting, Inc.
PO Box 186
Petoskey, MI 49770

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: ACCOUNTS PAYABLE

$ 10,000.00

Date or dates debt was incurred: March 2014
Last 4 digits of account number: _____

Is the claim subject to offset?
☒ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address
DTE Energy
PO Box 740786
Cincinnati, OH 45274

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: UTILITIES

$ 1,060.42

Date or dates debt was incurred: 3/16 - 4/16/16
Last 4 digits of account number: _____

Is the claim subject to offset?
☒ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.7** Nonpriority creditor's name and mailing address
Emmet County Treasurer
200 Division Street
Petoskey, MI 49770

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: Notice Only

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address
Fire Pros, Inc.
2710 Northridge Dr., Suite F
Grand Rapids, MI 49544

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 15,573.08

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred    5/6/2016
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address
Great Lakes Energy
1323 Boyne Ave.
Boyne City, MI 49712

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,239.01

Basis for the claim: UTILITIES

Date or dates debt was incurred    3/16 - 4/16
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address
Internal Revenue Service
Centralized Insolvency Operation
PO Box 21126
Philadelphia, PA 19114-0326

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: Notice Only

Date or dates debt was incurred
Last 4 digits of account number    _ _ _ _

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address
Michigan Department of Treasury
Bankruptcy Section
Treasury Building
Lansing, MI 48922-0001

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: Notice Only

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

3.12 Nonpriority creditor's name and mailing address
Sherwin Williams Company District credit Office
40500 Ann Arbor Rd. 103LL
Plymouth, MI 48170

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 11,815.65

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred: 9/14 - 10/14
Last 4 digits of account number: _____

Is the claim subject to offset?
☐ No
☒ Yes

3.13 Nonpriority creditor's name and mailing address
US Bank National Association as Trustee
c/o Porter Wright Morris and Arthur
41 High Street, Ste. 3100
Columbus, OH 43215

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

$ 0.00

Basis for the claim: LITIGATION

Date or dates debt was incurred: _____
Last 4 digits of account number: 3112

Is the claim subject to offset?
☒ No
☐ Yes

3.14 Nonpriority creditor's name and mailing address
Warmels and Comstock
3505 Coolidge Road
East Lansing, MI 48823

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,750.00

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred: 6/2/2014
Last 4 digits of account number: _____

Is the claim subject to offset?
☒ No
☐ Yes

3.15 Nonpriority creditor's name and mailing address
West Climate Control, Inc.
4309 US 131 South
Petoskey, MI 49770

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,056.88

Basis for the claim: ACCOUNTS PAYABLE

Date or dates debt was incurred: 1/1/2016
Last 4 digits of account number: _____

Is the claim subject to offset?
☒ No
☐ Yes

3.____ Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred: _____
Last 4 digits of account number: _____

Is the claim subject to offset?
☐ No
☐ Yes

# Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Professional Collection Serv. - Attorney for Creditor<br>224 Michigan Street PO Box 701 Petoskey, MI 49770 | Line 3.5<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.2. | Muller Muller Richmond Harms & Myers - Attorney for Creditor<br>33233 Woodward Ave. Birmingham, MI 48009 | Line 3.12<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.3. | Scott Chappelle - Additional Notice Party<br>5000 Northwind Dr. Suite 120 East Lansing, MI 48823 | Line 3.12<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.4. | | Line ___<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.5. | | Line ___<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.6. | | Line ___<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.7. | | Line ___<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.8. | | Line ___<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.9. | | Line ___<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.10. | | Line ___<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.11. | | Line ___<br>☐ Not listed. Explain | ___ ___ ___ ___ |
| 4.12. | | Line ___<br>☐ Not listed. Explain | ___ ___ ___ ___ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|   |   | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 71,786.47 |
| 5c. Total of Parts 1 and 2  Lines 5a + 5b = 5c. | 5c. | $ 71,786.47 |

**Fill in this information to identify the case:**

Debtor name  Bear Creek Partners II, L.L.C.

United States Bankruptcy Court for the: Western District of Michigan

Case number (If known)  2016-02553(JTG)          Chapter  Chapter 11

☐ Check if this is an amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. List all contracts and unexpired leases — State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | INSURANCE<br>property insurance | Home Owners Insurance Company<br>PO Box 30278<br>Lansing, MI 48909-7778 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENTS<br>Management Agreement | Strathmore Development Company<br>5000 Northwind Dr.<br>East Lansing, MI 48823 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | See Attached | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

# Resident Directory

Property:  BEAR CREEK PARTNERS II, LLC (bcp2)

## CURRENT RESIDENTS:

| Resident | Status | Lease From | Lease To |
|---|---|---|---|
| HARAN, JAMES (JIMMY) | Current | 04/01/15 | 09/30/16 |
| HOEBEKE, NICOLAS | Current | 08/15/15 | 08/14/16 |
| FUSON, CHRISSY | Current | 05/01/16 | 04/30/17 |
| LEWITT, DANIEL | Current | 10/07/15 | 10/06/16 |
| OKULY, TAMELA | Current | 10/23/15 | 10/22/16 |
| GREEN, JANICE | Current | 10/01/15 | 09/30/16 |
| LEACH, RICHARD | Current | 06/24/15 | 06/23/16 |
| LAFORD, BENJAMIN | Current | 07/18/15 | 07/17/16 |
| CASE, PATRICIA | Current | 04/15/16 | 04/14/17 |
| WALKER, KRISTEN | Current | 11/20/15 | 11/19/16 |
| NEALE, RICHARD | Current | 08/01/16 | 07/31/17 |
| FORSTER, ZACHARY | Current | 09/15/15 | 09/14/16 |
| ZLOTOW, RACHEAL | Current | 05/10/16 | 05/09/17 |
| HARRELL, PSAIRA | Current | 04/17/16 | 04/16/17 |
| BEBENEK, RAFAL | Current | 04/25/16 | 04/24/17 |
| SMITH, JEFFREY | Current | 09/20/15 | 09/19/16 |
| SZATKOWSKI, CLYDE | Current | 07/07/16 | 07/06/17 |
| GROGAN, ABRAHAM | Current | 05/01/16 | 04/30/17 |
| NEUMANN, RICHARD | Current | 03/20/16 | 03/19/17 |
| HUNT, GARRET | Current | 07/24/15 | 07/23/16 |
| SNEDDON, SCOTT | Current | 09/01/15 | 08/31/16 |
| WINKLER, CONNIE | Current | 07/11/15 | 07/10/16 |
| FORWARD, JASON | Current | 10/01/15 | 09/30/16 |
| GRIFFIN, SARAH | Current | 05/14/16 | 05/13/17 |
| STALEY, DUDLEY | Current | 02/26/16 | 02/25/17 |
| HEINIG, KATHY | Current | 07/23/15 | 07/22/16 |
| HELMER, JANET | Current | 04/29/16 | 04/28/17 |
| SCHORNICK, TRAVIS | Current | 11/13/15 | 11/12/16 |
| WELSH, STEVEN | Current | 07/07/15 | 07/06/16 |
| PLANCK, PAMELA | Current | 11/01/15 | 10/31/16 |
| BERIAULT, GINA | Current | 07/01/16 | 06/30/17 |
| RISHELL, LAURIE | Current | 06/27/16 | 06/26/17 |
| WALLACE, JESI | Current | 04/30/15 | 04/30/16 |
| PAPPAS, GENEVA | Current | 11/13/15 | 11/12/16 |
| HEITZMAN, JON | Current | 06/01/16 | 05/31/17 |
| BRANDON, CHRISTOPHER | Current | 12/18/15 | 12/17/16 |
| BUREN, DAVID | Current | 07/03/15 | 07/02/16 |
| PERIARD, JILL | Current | 09/16/15 | 09/15/16 |
| SANDERSON, WILLIAM | Current | 07/25/16 | 07/24/17 |
| HELMRICH, SUSAN | Current | 07/01/16 | 06/30/17 |
| SCHNEIDER, NEIL | Current | 08/25/15 | 08/24/16 |
| HOWARD, KAILEE | Current | 08/28/15 | 08/27/16 |
| SUGG, KEENAN | Current | 05/07/16 | 05/06/17 |
| MARK BUCZEK, TRINANGLE ASSOCIATES INC. | Current | 04/13/15 | 04/12/16 |
| SMITH, ANDREW | Current | 08/13/14 | 08/12/15 |
| DELANEY, BRIAN | Current | 08/14/15 | 08/13/16 |
| CUSHAWAY, MARGUERITE | Current | 03/20/16 | 03/19/17 |
| GREBE, MEGHAN | Current | 06/01/16 | 05/31/17 |
| MORSE, KATELYN | Current | 05/07/16 | 05/06/17 |
| GOULET, NICOLE | Current | 07/01/15 | 06/30/16 |
| SWANTEK, VICKI | Current | 11/01/15 | 10/31/16 |
| DAUTEL, TAMARA | Current | 07/06/15 | 07/05/16 |
| LAFOREST, KARLA | Current | 09/17/15 | 09/16/16 |
| KENDREGAN, COLIN | Current | 08/21/14 | 08/20/15 |
| DENISON, ELIZABETH | Current | 07/08/15 | 07/07/16 |
| THOMPSON, VICKIE | Current | 01/01/17 | 06/30/18 |
| TRAN, NAHN | Current | 12/01/15 | 11/30/16 |
| MATELSKI, MOLLY | Current | 01/15/16 | 01/14/17 |

# Resident Directory

Property:  BEAR CREEK PARTNERS II, LLC (bcp2)

| Resident | Status | Lease From | Lease To |
|---|---|---|---|
| BROSCHART, SARAH | Current | 10/25/15 | 10/24/16 |
| SCULLY, JASMINE | Current | 09/11/15 | 09/10/16 |
| JAHN, CAITLIN | Current | 04/15/16 | 04/14/17 |
| FALL, SCOTT | Current | 07/01/15 | 06/30/16 |
| LINGG, LACY | Current | 11/01/15 | 10/31/16 |
| STEVENSON, ROBERT | Current | 04/17/16 | 04/16/17 |
| MIGDA, MARY JEAN | Current | 10/01/15 | 09/30/16 |
| ZAGORIA, ILLENE | Current | 02/01/16 | 01/31/17 |
| JONES, JERRY | Current | 10/01/15 | 09/30/16 |
| THOMAS, CHARLES | Current | 08/15/15 | 08/14/16 |
| WILKERSON, JORDAN | Current | 09/01/15 | 08/31/16 |
| LYNCH, MICHAEL | Current | 06/27/16 | 06/26/17 |
| PHILLIPS, STEPHANIE | Current | 01/08/16 | 01/07/17 |
| NORTHUP, LOUISA | Current | 01/15/16 | 01/14/17 |
| HOMES, AURO | Current | 06/13/14 | 07/12/14 |
| ENGLE, TRAVIS | Current | 06/12/15 | 06/11/16 |
| MILLER, SHAWN | Current | 07/01/16 | 06/30/17 |
| REED-APPOLD, DONNA | Current | 06/01/16 | 05/31/17 |
| GREGG, RUTH | Current | 08/01/16 | 07/31/17 |
| GREGORY, GRETCHEN | Current | 06/01/16 | 05/31/17 |
| MURPHY, CHRISTINE | Current | 05/15/16 | 05/14/17 |
| WEAVER, STEPHEN | Current | 11/06/15 | 11/05/16 |
| WERDEN, SPENCER | Current | 06/01/15 | 05/31/16 |
| WILLIAMS, JESSE | Current | 10/04/15 | 10/03/16 |
| KESHICK, YVONNE | Current | 09/25/15 | 09/24/16 |
| RUBIN, PATRICIA | Current | 06/28/16 | 06/27/17 |
| SPEARS, COLETTE | Current | 05/15/16 | 05/14/17 |
| BOLTHOUSE, SETH | Current | 11/25/15 | 11/24/16 |
| TRAN, TAM | Current | 08/06/15 | 08/05/16 |
| BECKER, BRADY | Current | 08/14/15 | 08/13/16 |
| DREYER, SHANNON | Current | 08/13/15 | 08/12/16 |
| DAVIDGE, BARBARA | Current | 07/01/16 | 06/30/17 |
| ZIELINSKI, JASON | Current | 01/29/15 | 07/28/16 |
| BUNKER, AUDREY | Current | 11/06/15 | 11/05/16 |
| FROEHLE, DAVID | Current | 12/01/15 | 11/30/16 |
| SHANANAQUET, RITA | Current | 04/15/16 | 04/14/17 |
| SWANSON, RETA | Current | 04/01/16 | 03/31/17 |
| HEYNE, JOAN | Current | 06/01/16 | 11/30/17 |
| HOLLOCKER, MAUREEN | Current | 04/01/16 | 03/31/17 |
| FRITSCH, STEPHANIE | Current | 08/01/15 | 07/31/16 |
| HORNING, CATHERINE | Current | 12/11/15 | 12/10/16 |
| HOFFMAN, LEAH | Current | 02/11/16 | 02/10/17 |
| ARMAN, DONALD | Current | 10/01/15 | 09/30/16 |
| HALMAGY, ALEXANDER | Current | 06/06/15 | 06/05/16 |
| CLARK, MARLA | Current | 09/01/15 | 08/31/16 |
| STEWART, GARY | Current | 08/01/14 | 07/31/15 |
| PAGET, COLETTE | Current | 10/10/15 | 10/09/16 |
| PALMER, ASHLEY | Current | 05/13/16 | 05/12/17 |
| WEAVER, KASEY | Current | 01/22/16 | 01/21/17 |
| LAURA, ELTON | Current | 09/08/15 | 09/07/16 |

## NOTICE TO VACATE:

| Resident | Status | Lease From | Lease To |
|---|---|---|---|
| HERMANN, JAMES | Notice | 06/11/16 | 06/10/17 |
| GALLEGOS, EDMUNDO | Notice | 03/01/16 | 02/28/17 |
| STOCKTON, CHARLES | Notice | 08/21/15 | 08/20/16 |
| HITCHCOCK, MARK | Notice | 06/19/15 | 06/18/16 |
| LOUDERMILK, ROBERT | Notice | 05/29/15 | 05/28/16 |
| JONES, SETH | Notice | 10/09/15 | 06/19/16 |
| GASSI, JASSMINE | Notice | 06/15/15 | 06/14/16 |
| MIKES, TODD | Notice | 06/01/15 | 05/31/16 |

# Resident Directory

Property:  BEAR CREEK PARTNERS II, LLC (bcp2)

| Resident | Status | Lease From | Lease To |
|---|---|---|---|
| DAYMON, RICK | Notice | 06/22/15 | 06/21/16 |
| ARP, DUSTIN | Notice | 06/12/15 | 06/11/16 |
| GAYTAN, SARA | Notice | 03/28/16 | 03/27/17 |
| ANDREWS, WESLEY | Notice | 09/01/15 | 08/31/16 |
| HOFFELD, ROBIN | Notice | 07/18/15 | 07/17/16 |
| MONUSKO, LORETTA | Notice | 07/15/15 | 07/14/16 |
| MCQUISTON, MARY | Notice | 09/05/15 | 09/04/16 |
| HARDESTY, STEVEN | Notice | 07/01/15 | 06/30/16 |

## FUTURE RESIDENTS:

| Resident | Status | Lease From | Lease To |
|---|---|---|---|
| SLATER, DEBRA | Future | 06/01/16 | 05/31/17 |
| BILLINGS, BRADY | Future | 06/10/16 | 06/09/17 |
| DANES, MICHAEL | Future | 05/21/16 | 05/20/17 |
| NOLAN, AARON | Future | 06/01/16 | 05/31/17 |
| ROULEAU, HEATHER | Future | 06/24/16 | 06/23/17 |
| MILLER, PAMELA | Future | 06/10/16 | 06/09/17 |
| HOLDEN, KRISTIN | Future | 07/01/16 | 06/30/17 |
| SPILLIAN, MITCHEL | Future | 06/03/16 | 06/02/17 |
| ABBOTT, SARAH | Future | 06/30/16 | 06/29/17 |
| TOWNSEND, AMBER | Future | 06/17/16 | 06/16/17 |
| HARRIS, MELISSA | Future | 06/17/16 | 06/16/17 |
| SYLVESTER, RICHARD | Future | 06/15/16 | 06/14/17 |
| STOCKTON, CHARLES | Future | 06/10/16 | 06/09/17 |
| JOHNSON, JONATHAN | Future | 06/02/16 | 06/01/17 |

**Fill in this information to identify the case:**

Debtor name  Bear Creek Partners II, L.L.C.

United States Bankruptcy Court for the: Western District of Michigan

Case number (If known):  2016-02553(JTG)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors                                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | Column 2: Creditor | |
|---|---|---|
| Name And Mailing address | Name | Check all schedules that apply: |
| 2.1 Abbott Road Commons, LLC - limited guarantor<br>5000 Northwind Dr.<br>East Lansing, MI 48823 | DOF IV REIT Holdings, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.2 Bear Creek Retail Partners II LLC<br>5000 Northwinds Drive, Suite 120<br>East Lansing, MI 48823 | DOF IV REIT Holdings, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 Charles Crouch - limited guarantor<br>5000 Northwind Dr.<br>East Lansing, MI 48823 | DOF IV REIT Holdings, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.4 Scott A. Chappelle - limited guarantor<br>5000 Northwind Dr.<br>East Lansing, MI 48823 | DOF IV REIT Holdings, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.5 Strathmore Development Company Michigan LLC - limited guarantor<br>5000 Northwind Dr.<br>East Lansing, MI 48823 | DOF IV REIT Holdings, LLC | ☒ D<br>☐ E/F<br>☐ G |
| 2.6 | | ☐ D<br>☐ E/F<br>☐ G |